**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1200**

_____

TREADWELL ORIGINAL DRIFTERS, LLC,

        Plaintiff – Appellant,

    v.

ORIGINAL DRIFTERS, INC.,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Liam O'Grady, District Judge.  (1:15-cv-00580-LO-TCB)

_____

Submitted:  February 17, 2017     Decided:  February 24, 2017

_____

Before KING, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Cindy D. Salvo, THE SALVO LAW FIRM, P.C., West Caldwell, New Jersey, for Appellant. James M. Slattery, BIRCH, STEWART, KOLASCH & BIRCH, LLP, Falls Church, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Treadwell Original Drifters, LLC, appeals the district court's order granting Original Drifters, Inc.'s motion for summary judgment. We have reviewed the parties' briefs and the joint appendix and conclude that the district court did not err in applying the doctrine of collateral estoppel. Accordingly, we affirm for the reasons stated by the district court. Treadwell Original Drifters, LLC v. Original Drifters, Inc., No. 1:15-cv-00580-LO-TCB (E.D. Va. filed Jan. 28, 2016 & entered Jan. 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED